IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-231-FDW-DCK *SEALED*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOHN CALVIN DAVIS III, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Seal The Indictment" (Document No. 1) filed on October 18, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the United States, by and through Dena J. King, United States Attorney for the Western District of North Carolina, seeks an Order directing that the Indictment, Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court. (Document No. 1).

**IT IS, THEREFORE, ORDERED** the Government's "Motion To Seal The Indictment" (Document No. 1) is **GRANTED**. This Order, as well as Document Nos. 1 and 2, shall be **SEALED** and remain under **SEAL** until otherwise ordered by this Court.

**SO ORDERED**.

Signed: October 19, 2023

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to All Parties/Defendants.