IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-231-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JOHN CALVIN DAVIS, III, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Extend Time To File Response To Motion For Final Determination Of Restitution" (Document No. 35) filed on December 19, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Extend Time To File Response To Motion For Final Determination Of Restitution" (Document No. 35) is **GRANTED**. Defendant shall file a response to the Government's "Motion For Final Determination Of Restitution" (Document No. 33) on or before **January 17, 2025**.

**SO ORDERED**.

Signed: December 19, 2024

David C. Keesler
United States Magistrate Judge